*11090557*
*9/14/10*
*$ 264.00*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

IN RE: ROCHELLE STARON     BK: 09-13792 B

UNCLAIMED FUNDS

The funds belonging to the estate of the debtor named above, having been disbursed in accordance with applicable orders entered in the said case excepting the individual listed herein:
REFUND CHECK # 14868 FOR $ 264.00 (15056)
Mailed to: ROCHELLE STARON
3567 WALDEN AVE, LANCASTER, NY 14086 and it
APPEARING that more than ninety (90) days have elapsed since the final notices

For the said case, it is
Albert J. Mogavero, the trustee herein, pay to the Clerk of the U. S. Bankruptcy Court for the Western District of New York, the sum of $ 264.00 IN CHECK # 15186
Representing unclaimed funds.

DATED: 9-13-2010

_____
ALBERT J. MOGAVERO
TRUSTEE

